# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 712 |
| | : | |
| REAPPOINTMENT TO DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2020, David S. Pollock, Esquire, Allegheny County, is hereby reappointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years, commencing February 1, 2021.